AMERICA E. MANNARINO v. VINCENT MANNARINO.— Motion to dismiss

appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.